Leigh O. Curran (# 173322)
  lcurran@afrct.com
David M. Newman (# 246351)
  dnewman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 N. Lake Avenue, Suite 1100
Pasadena, California 91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.
("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-02249-WBS-GGH<br><br>[Assigned to the Hon. William B. Shubb]<br><br>**ORDER GRANTING WELLS FARGO'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: January 8, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5 |

The Court, having considered the application of defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to appear telephonically at the January 8, 2018 hearings on the Motion to Dismiss and Motion to Remand at 1:30 p.m., and good cause appearing, hereby grants permission for Wells Fargo's counsel to appear telephonically. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

　　IT IS SO ORDERED.

Dated: December 22, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE