Nabeel M. Zuberi (SBN 294600)
**MCCALLA RAYMER LEIBERT PIERCE, LLP**
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Phone: (562) 983-5378
Facsimile: (562) 661-5089
Nabeel.Zuberi@McCalla.com

Attorneys for Defendant, NBS DEFAULT SERVICES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE WILLIAMS<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>NBS DEFAULT SERVICES, LLC<br>　　　　Defendants. | Case No. 2:17-cv-02249-WBS-GGH<br><br>**Order Granting Application to Appear Telephonically**<br><br>Date:  January 8, 2018<br>Time:  1:30 pm<br>Courtroom: 5<br><br>**Hon.  William B. Shubb** |

　　　The Court, having reviewed and considered the request of defendant NBS Default Services, LLC to appear via telephone at the hearings on the Motion to Dismiss and Joinder scheduled for January 8, 2018 at 1:30 p.m., and good cause appearing therefor,

　　　The Court GRANTS permission for NBS' counsel to appear telephonically. The Courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

**Dated:  December 29, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE